562

submitted September 15, 1932. Decided October 10, 1932.
*Per Curiam:* The appeal herein is dismissed for the want
of a properly presented federal question. *Godchaux* v.
*Estopinal,* 251 U. S. 179, 181; *Jett Bros. Co.* v. *Carrollton,*
252 U. S. 1, 6, 7; *Citizens National Bank* v. *Durr,* 257 U. S.
99, 106; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 116,
117; *Live Oak Water Users Assn.* v. *Railroad Commission,*
269 U. S. 354, 357. *Mr. Oliver J. Todd* for appellants.
*Mr. Jewell P. Lightfoot* for appellees.

No. 35. WILLIAMS ET AL. *v.* H. C. SPEER & SONS CO. ET
AL. ▌Juris-
dictional statement submitted September 15, 1932. De-
cided October 10, 1932. *Per Curiam:* The appeal herein
is dismissed for the want of a properly presented federal
question. *Godchaux* v. *Estopinal,* 251 U. S. 179, 181;
*Jett Bros. Co.* v. *Carrollton,* 252 U. S. 1, 6, 7; *Citizens Na-
tional Bank* v. *Durr,* 257 U. S. 99, 106; *Rooker* v. *Fidelity
Trust Co.,* 261 U. S. 114, 116, 117; *Live Oak Water Users
Assn.* v. *Railroad Commission,* 269 U. S. 354, 357. *Mr.
Oliver J. Todd* for appellants. *Mr. Jewell P. Lightfoot*
for appellees.

No. 44. SAVELLE *v.* STATE BOARD OF DENTAL EXAMIN-
ERS ET AL. ▌
Jurisdictional statement submitted September 15, 1932.
Decided October 10, 1932. *Per Curiam:* The appeal
herein is dismissed for the want of a final judgment.
*Haseltine* v. *Central Bank of Springfield,* 183 U. S. 130,
131; *Schlosser* v. *Hemphill,* 198 U. S. 173, 175, 176;
*Louisiana Navigation Co.* v. *Oyster Commission,* 226 U. S.
99, 101; *California National Bank* v. *Stateler,* 171 U. S.
447, 449; *Bruce* v. *Tobin,* 245 U. S. 18, 19, 20; *Grays
Harbor Logging Co.* v. *Coats-Fordney Logging Co.,* 243